IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Robert B. Six, *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:11-cv-00698 |
| v. | : | Judge Graham |
| Robert B. Beagle, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Order Cancelling Settlement Week Mediation

On November 30, 2012, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for December 14, 2012 at 1:30 p.m. be cancelled. Document discovery is ongoing. Depositions will begin in January. Counsel have made some progress in sorting out the weapons seized and not returned, but a number of disputes remain. The December 2012 Settlement Week mediation is CANCELLED.

This case will be noticed for the June 2013 unless counsel call me (614-719-3370) on or before **April 19, 2013** to set up a telephone conference to let me know the status of discovery, the parties' settlement discussions, and their decision not to participate in the June 2013 Settlement Week.

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the Settlement Week Mediator Gary Hammond, , 556 E. Town St., Columbus, OH 43215.

s/Mark R. Abel
United States Magistrate Judge