IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Robert B. Six, *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:11-cv-00698 |
| v. | : | Judge Graham |
| Robert B. Beagle, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Order Cancelling Settlement Week Mediation

On May 31, 2013, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for June 12, 2013 at 1:30 p.m. be cancelled.  Plaintiffs have previously made a demand. Defendants do not believe a mediation would be helpful. They will file summary judgment on or before July 12. Plaintiffs are also considering filing summary judgment. The June 2013 Settlement Week mediation is CANCELLED.

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the Settlement Week Mediator Al McKenna, Porter, Wright, Morris and Arthur, 41 South High Street, 29th Floor, Columbus, OH 43219.

s/Mark R. Abel
United States Magistrate Judge