IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Robert B. Six, *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:11-cv-00698 |
| v. | : | Judge Graham |
| Robert B. Beagle, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# Order

Plaintiffs' July 30 motions to strike defendants' motions for summary judgment because the briefs exceed 20 pages but do not include a table of contents as required by S.D. Ohio Civ. Rule 7.2(3) (docs. 127 and 128) are DENIED. Defendants' July 31 motions to supplement their briefs with a table of contents (docs. 129 and 130) are GRANTED.

s/Mark R. Abel
United States Magistrate Judge
