# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO,
# EASTERN DIVISION

| | | |
|---|---|---|
| Robert Six, et al., | : | |
| | : | Case: 2:11-CV-00698 |
| Plaintiffs, | : | |
| v. | : | Judge James L. Graham |
| | : | |
| Robert Beegle, et al., | : | Magistrate Judge Mark R. Abel |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), the Plaintiffs and Defendants stipulate to a voluntary dismissal of this case, with prejudice, as the case has been settled. Each party shall assume their own costs.

Respectfully submitted,

s/ Sky Pettey
Sky Pettey (0072041)
Trial Attorney for Plaintiffs
Lavelle and Associates
449 East State Street
Athens, Ohio 45701
sky@johnplavelle.com
(740) 593-3348 – telephone
(740) 594-3343 – facsimile

s/ Brad Tammaro
Michael Dewine (0009181)
Ohio Attorney General
Brad L. Tammaro (0030156)
Trial Attorney for Defendants Scott Parks, Greg Nohe, Josh Staats, Jerry Peters, Christine Roberts

Alexis Chancellor (0086355)
Assistant Attorney Generals

s/ Daniel Downey
Daniel T. Downey (0063753)
Trial Attorney for Defendants Robert Beegle, Adam Smith Rick Smith, William Gilkey, Scott Trussell and Brian Rhodes
Paul M. Bernhart (0079543)
Fishel Hass Kim Albrecht LLP
400 South Fifth Street, Suite 200
Columbus, Oho 43215
ddowney@fishelhass.com
pbernhart@fishelhass.com
(614) 221-1216 – telephone
(614) 221-8769 – facsimile

s/ Christopher Conomy
Michael Dewine (0009181)
Ohio Attorney General
Randall W. Knutti (0022388)
Trial Attorney for Defendants Jonathan Jenkins and Scott Fitch

| | |
|---|---|
| Organized Crimes Investigations Commission<br>P.O. Box 968, Grove City, Ohio 43123<br>brad.tammaro@ohioattorneygeneral.gov<br>alexis.chancellor@ohioattorneygeneral.gov<br>(614) 277-1000 – telephone<br>(614) 277-1010 – facsimile | Christopher P. Conomy (0072094)<br>Principal Assistant Attorney Generals<br>Court of Claims Defense<br>150 East Gay St., 18th Floor<br>Columbus, Ohio 43215<br>randall.knutti@ohioattorneygeneral.gov<br>christopher.conomy@ohioattorneygeneral.gov<br>(614) 466-7447 – telephone<br>(866) 452-9957 – facsimile |

s/ Daniel Martin
Michael Dewine (0009181)
Ohio Attorney General
Daniel J. Martin (0065249)
Trial Attorney for Defendants
Josh Shields and Keith Wood
Brian A. Ball (0078285)
Assistant Attorney Generals
Environmental Enforcement Section
ODNR Unit
2045 Morse Road, Building C-2
Columbus, Ohio 43229
daniel.martin@ohioattorneygeneral.gov
brian.ball@ohioattorneygeneral.gov
(614) 265-6879 – telephone
(614) 268-8871 – facsimile

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Stipulation of Dismissal with Prejudice was served upon all counsel of record through the Court's electronic filing system this 22nd day of November, 2013.

s/ Sky Pettey
Sky Pettey (0072041)
*Trial Attorney for Plaintiffs*